4-21cv-1388-0

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 30 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

To the U.S. Federal Clerk; 12-26-21
or the U.S. Magistrate:

I'm currently held in the Parker County Jail. My civil rights are under attack. The Jail contractor, La Salle, and their employees have repeatedly denied my request for Medical care. I'm being held in Ad Seg without due process. I'm not allowed access to a functional Law Library, nor provided means by which to prepare legal documents (ie. paper, carbon paper, pens, ect). The grievance process does not work. They now throw my step 1 grievances away and completely ignore my request for step 2 forms.

The Sheriff and Warden and La Salle Corrections are blocking my access to the courts. They will not sign or certify my informa pauperis so I can proceed indigent. I suffer from severe neuropathy in my extremities and my hands and fingers can barely work, making handwriting nearly impossible. I have no lawyer and I am not a lawyer myself. I do not know how to continue seeking redress for my claims under these unfair conditions. Please help me. Thank you.

Respectfully
Michael Tomlinson 2190648

Michael Tomlinson 2190648
612 Jameson Street
Weatherford, TX 76086



NORTH TEXAS TX P&DC
DALLAS TX 750
28 DEC 2021 PM 10 L

X-RAY

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST, ROOM 310
FORT WORTH, TX 76102

76102-975999