PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB - 7 2022

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

Michael Tomlinson 2190648
Plaintiff's Name and ID Number

Parker County Jail
Place of Confinement

CASE NO. 4:21-CV-1388
(Clerk will assign the number)

v.

Parker Co. Sheriff Russ Authier.
Defendant's Name and Address

LaSalle Correction Warden
Defendant's Name and Address

Ron King 612 Jameson Weatherford TX 76086
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____YES ✓ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: _Parker County Jail_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X_YES  __NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: Michael Tomlinson 2190648, 612 Jameson Street, Weatherford TX 76086

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Russ Authier, Sheriff Parker Co 129 Hogle St. Weatherford, TX 76086

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to respond to reported civil rights violation within P.C.J.

Defendant #2: Ron King, Warden, Parker Co Jail, LA Salle Corrections, 612 Jameson St. Weatherford, TX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to implement Grievance Process, Law Library, Medical Care

Defendant #3: Assist Warden J. Harris Parker Co. Jail LA Salle Corr. 612 Jameson St. Weatherford TX 76086

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Verbally assualted Physically assaulted Me

Defendant #4: Judy Bowlen R.N. Facilities Practice Mgr. La Salle Corr. 612 Jameson St. Weatherford TX 76086

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Repeatedly and Continually denies Medical Treatment & Care

Defendant #5: Graham Quisenberry State District Judge for Parker County, 117 Ft. Worth Hwy. Weatherford TX 76086

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Ignored reports of Civil Rights Violations in Parker Co.

3

Michael  Tomlinson #2190648
Parker County Jail
612 Jameson Street
Weatherford, TX 76086

V. Statement of Claim Cont.

Warden Ron King failed to execute his duties as Warden by refusing to ensure written grievance procedures were followed and impartial investigations were conducted related to grievances filed by the Plaintiff on 09-05-21, 09-11-21, 09-14-21, 09-18-21, 10-02-21, 10-04-21, 10-21-21 and also refused to provide Step 2 grievance forms requested by Plaintiff, which causes Plaintiff to be unable to exhaust all steps of the institutional grievance procedure effectively blocking Plaintiffs access to the Courts or seeking redress of his claims. Warden King also refuses to provide prisoners ready access to a functional Law Library or provide indigent offenders materials (paper, carbon paper, pens, and postage) to construct legal motions, filings or briefs, again blocking access to the Courts. Warden also has ignored Plaintiff's reports of medical staff misconduct by refusing to provide treatment of the Plaintiffs chronic medical conditions; high blood pressure neuropathy, liver disease, prior back surgeries, placing the Plaintiff in jeopardy of heart attack or stroke and causing the Plaintiff to suffer in pain unnecessarily.

Assistant Warden J. Harris on 09-14-21 in the operations office during what should have been a routine grievance investigation verbally assaulted me, by calling me a M_____F_____ 5 times. At which point I returned his epitath. He then with the help of Lt. Gibson dragged me to a nearby holding cell, shoving me against the wall injuring my left shoulder. Assist Warden Harris then continued to verbally berate me with more vulgacity and did threaten my life. Harris then,

Michael  Tomlinson #2190648
Parker County Jail
612 Jameson Street
Weatherford, TX 76086

V. Statement of Claim Cont.
_____

without due process, placed me in a punitive segration cell (S-1) This cell was in the most deplorable condition having raw sewage in the floor. The wet conditions of the floor caused me to slip and fall injuring my neck, low back and further injuring my left shoulder. After a significant amount of time laying in raw sewage medical was summoned by Officer Carmichael. The nurse would not come into the cell with the sewage so directed officers to drag me through sewage into the hallway (camera) placing an instrument on my finger determining blood oxygen level then OK aying officers to drag me back through sewage into the cell S-1 leaving me laying in sewage for another significant time period. I eventually pulled myself onto the bunk but was left there all night in clothing soaked in raw sewage and suffering in pain with my injuries

Judy Bowlen R.N. Infirmary Manager is deliberately indifferent to my serious medical needs, routinely rejecting my written requests for services. Denying treatment for my established chronic conditions; high blood pressure, neuropathy, liver disease, prior back surgeries, diverticulitis, gall bladder issues, Stage 2 peridontal disease. she also refuses to diagnose my injuries for the assault and accident I suffered on 09-14-21. I have filed no less than 10 grievances beginning on 10-04-21. Literally all those grievances have disappeared without any response. My sick call requests get thrown away. On Jan. 12th 2022

V. Statement of Claim Cont.

I was having chest pain, shortness of breath, headache, and dizziness. I reported my condition to officer Evans and through the emergency intercom. I was told to put in a sick call request! My life is in danger due to lack of professional concern for my health, Saving money seems their only real concern. On Jan. 12th 2022 I requested, in writing, copies of my personal medical records. Judy Bowlen informed me (verbally) that my records could only be obtained by my Lawyer, which I do not have, through suspena.

Graham Quisenberry District Judge failed in his duties of office by ignoring Plaintiff's written reports on civil rights violations happening within the Parker County Jail. Judge Quisenberry was sent letters by the Plaintiff in November 2021, December 2021, and January 17th 2022.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Sheriff Russ Authier refuses to respond to my written reports of my civil rights being violated that La Salle Corrections staff are, block my access to the courts. The grievance process is not being executed by written policy. Im not allowed access to a functioning Law Library or allowed materials to construct legal motions, briefs or filings. I am being denied adaquate medical care and treatment. Letters to Russ Authier on Oct. 15 2021, Nov. 15th 2021, Dec. 10th 2021, Jan 24th 2021

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order Parker County and La Salle Corrections to pay me for my suffering in the amount of $1,000,000

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Mike L. Tomlinson, Michael Lin Tomlinson

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
00895013

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that imposed sanctions (if federal, give the district and division):_____

   2.  Case number:_____

   3.  Approximate date sanctions were imposed:_____

   4.  Have the sanctions been lifted or otherwise satisfied?          ____YES ____NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?         _____YES  X NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division): _____

   2.  Case number: _____

   3.  Approximate date warning was issued: _____

Executed on: _____
                    DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___31 st___ day of ___January___, 20 22.
                    (Day)                    (month)                    (year)

_Michael Tomlinson_
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

To: The U.S. District Court                01-31-2022
Northern District of Texas

Now comes the Plaintiff in case 4:21-cv-01388-0 in an effort to comply with the Courts Order to Replead submits these documents and makes these following statements:

I'm an indigent prisoner being held in the Parker County Jail, I am not allowed access to the Law Library or issued materials to construct Legal filings motions, or briefs.

Parker County Jail Staff refuses to provide the documents of my Jail commissary account, or will they certify the Inmate Trust Account Form for this Filing.

Parker County Jail refuses to provide any means to copy the forms for this action. Parker County Jail is attempting to block access to this Court and thereby deny my Legal Right to redress my claims.

The Plaintiff Michael Tomlinson #2190648 does request a hearing to have the forementioned complaints Addressed.

Under the penalty of Perjury I Michael Tomlinson swear these facts to be true and correct

signed
M. Tomlinson                              2190648

*"Repeated"*

| LASALLE CORRECTIONS | **Inmate / Resident Grievance Form** | Step **1** | Facility **Parker County Jail** |
|---|---|---|---|

**Instructions:**
Inmate/Residents-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation.
If this is an **Emergency**-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

Grievance Number:
(Grievance Coordinator will assign number)

210915 PAR12

G-1 not 5-1-0

| Inmate/Resident Name: Michael Tomlinson | Inmate/Resident Number 2190648 | Housing Location: 5-1 |
|---|---|---|

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

On 09-15-2021 at approx 09:00 AM in the Operations office Asst. Warden Harris and Lt Gibson did threaten further retaliation against me for filing grievances. I filed 2 step 1 grievances on 09-14-2021 related to retaliation, and violating my civil rights. These grievance were against Harris and Gibson, those officers should have been allowed to investigate (Also) grievances against themselves.

| Date/Time Submitted: 09-18-2021 | Inmate/Resident Signature: M. Tomh | Emergency: ☑Yes ☐No |
|---|---|---|

Inmate/Residents will not write below this line

| Date/Time Received: 9-20-21 @ 08:17A | Grievance Coordinator Name: J. Scoggin | Emergency: ☐Yes ☑No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Repeated grievance, your also in Cell G-1, and those two officers (Asst) are not involved in answering the grievances with their names are involved.

| Date of Response: 9/20/21 | Inmate/Offender signature to acknowledge the grievance has been resolved. Refused |
|---|---|
| Date of Response: 9/20/21 | J. Scoggin , S. Urbanovsky Responding Staff Member name: |

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a Step 2 grievance form from a staff member. Attach this completed step 1 to the Step 2, attach any additional documentation and resubmit to the grievance coordinator within 15 days.

Returned on Oct. 1, 2021

PCJ-044-1 Step 1 Grievance Form 6-1-2020

| LASALLE CORRECTIONS | Inmate / Resident Grievance Form | 1 | Facility Parker County Jail |
|---|---|---|---|

**Instructions:**
Inmate/Residents-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation.
If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

Grievance Number:
(Grievance Coordinator will assign number)

210915PAR12

*4 Issues*

| Inmate/Resident Name: Michael Tomlinson | Inmate/Resident Number: 2190648 | Housing Location: S-1 |
|---|---|---|

*6-1 (G.P.)*

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

I was placed in a punitive segregation cell. This was done on order by Asst Warden Harris without any due process being afforded me. It is clear retaliation for my use of the mostly non functioning grievance system, and my refusal to submitt to bullying and intimadation by Harris.
I was placed in cell S-1. Upon entering said cell it was in obvious disrepair small dried pieces of toilet tissue littered the floor space

| Date/Time Submitted: 09-14-2021 07:00 PM | Inmate/Resident Signature: M. Tomlin | Emergency: ☑Yes ☐No |
|---|---|---|

Inmate/Residents will not write below this line

| Date/Time Received: 9-15-21 @ 0835 | Grievance Coordinator Name: Cpt Griffin | Emergency: ☐Yes ☑No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

① (Personal in nature.) ② You were placed in a single cell for failing to follow staffs verball directive ③ Maintenance issues unfounded, the ④ medical was on sight and cleared you of any/all injuries.

*floor was physically "flooded"*

| Date of Response: 9/20/21 | Inmate/Offender signature to acknowledge the grievance has been resolved. Refused |  |
|---|---|---|

| Date of Response: 9/20/21 | J. Scripps | Responding Staff Member name: S. Urbanovsky |
|---|---|---|

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a Step 2 grievance form from a staff member. Attach this completed step 1 to the Step 2, attach any additional documentation and resubmit to the grievance coordinator within 15 days.

Returned Oct. 1 2021

PCJ-044-1 Step 1 Grievance Form 6-1-2020

as well as paint chips and strips of peeling from the walls. I immediately reported this filth to C.O. Carmichael.

When I used the shower water spilled over the shower stall and bubbeled from the other floor drain releasing excreamet onto the cell floor.

Because of these wet conditions I slipped and fell injuring my shoulder, neck, low back. I was dragged out into the hallway by Sgt. Hopkins crew so a Nurse, who wouldn't stand in the sewage could take my B.P. and conclude I could be dragged back. After multiple requests I have yet to recieve medical attention or even clean clothing, sewage still standing in this cell.

| | **Inmate / Resident Grievance Form** | Step **1** | Facility **Parker County Jail** |
|---|---|---|---|
| LASALLE CORRECTIONS | | | |

**Instructions:**
Inmate/Residents-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation.
If this is an *Emergency*-Immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

**Grievance Number:**
(Grievance Coordinator will assign number)

2109/3PAR08

| Inmate/Resident Name: Michael Tomlinson | Inmate/Resident Number: 2190648 | Housing Location: G-1 |
|---|---|---|

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

I filed a grievance on 09-05-2021 related to the malfunctioning Inmate phone system. An investigative interview was conducted on 09-06-2021 by Lt. Gibson. No sufficient resolution was achieved. The investigative official determined higher officials were needed and that I would be recalled the following day. I was never recalled. There's been no resolution.

| Date/Time Submitted: 09-11-2021 at 05:00 PM | Inmate/Resident Signature: M. Tom. | Emergency: ☐Yes ☑No |
|---|---|---|

**Inmate/Residents will not write below this line**

| Date/Time Received: 9-13-21 8:10am | Grievance Coordinator Name: ADH J. Harris | Emergency: ☐Yes ☑No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Spoke w/ Offender to explain phone system. Offender was arguementative. Let him know we would have phone replaced in cell. Offender continued to talk over me. Refused to sign.

| Date of Response: 9-12-21 | Inmate/Offender signature to acknowledge the grievance has been resolved. Offender Refused |
|---|---|
| Date of Response: 9-13-21 | Responding Staff Member name: ADH J. Harris |

**If you believe the issue was not resolved and desire to appeal to Step 2:**
Request a Step 2 grievance form from a staff member. Attach this completed step 1 to the Step 2, attach any additional documentation and resubmit to the grievance coordinator within 15 days.

Returned Oct. 1, 2021

PCJ-044-1 Step 1 Grievance Form 6-1-2020

| LASALLE CORRECTIONS | **Inmate / Resident Grievance Form** | Step **1** | Facility **Parker County Jail** |

**Instructions:**
Inmate/Residents-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation.
If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

Grievance Number:
(Grievance Coordinator will assign number)

**210913PAR07**

| Inmate/Resident Name: Michael Tomlinson | Inmate/Resident Number 2190648 | Housing Location: G-1 |

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

I have on numerous occassions, verbally and in writing requested access to the Law Library and to be allowed materials to construct legal motions and other devices to exercise my Civil Rights. Parker County is violating my constitutional rights in this regard.

| Date/Time Submitted: 09-12-2021 11PM | Inmate/Resident Signature: M. Tomlinson | Emergency: ☑Yes ☐No |

Inmate/Residents will not write below this line

| Date/Time Received: 9-13-21 8:08am | Grievance Coordinator Name: AJA J. Harris | Emergency: ☐Yes ☑No |

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Will investigate your request None have been recieved by this office. David Reason is your Attorney and should assist you with legal materials. You had a visit with him on 9/8/21. Will provide you a legal phone call if needed.

| Date of Response: 9-13-21 | Inmate/Offender signature to acknowledge the grievance has been resolved. Refused to sign became hostile during interview |

| Date of Response: 8-13-21 | Responding Staff Member name: x AJA J. Harris |

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a Step 2 grievance form from a staff member. Attach this completed step 1 to the Step 2, attach any additional documentation and resubmit to the grievance coordinator within 15 days.

Returned Oct. 1 2021

PCJ-044-1 Step 1 Grievance Form 6-1-2020

| | | Step | Facility |
|---|---|---|---|
| LASALLE CORRECTIONS | **Inmate / Resident Grievance Form** | **1** | **Parker County Jail** |

| Instructions: Inmate/Residents-Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety). | Grievance Number: (Grievance Coordinator will assign number) 210915PAR10 |
|---|---|

| Inmate/Resident Name: Michael Tomlinson | Inmate/Resident Number 2190648 | Housing Location: S-1 |
|---|---|---|

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

(1) On 09-14-21 in the operations office, I was scheduled for District Court at 10:30 instead I was taken before a (2) Jail Committee of Asst Warden Harris Lt. Gibson and several Sgt's related to grievances I filed. Asst Warden Harris stated that I didn't understand the grievances process and that my issues were not grievable to which I explained (tried to) that I must exhaust my state remedies in order to proceed to the federal level. Harris (3) became enraged and began calling me an M.F. several times and

| Date/Time Submitted: 09-14-2021 02:00 PM | Inmate/Resident Signature: M. Tom | Emergency: ☑Yes ☐No |
|---|---|---|

Inmate/Residents will not write below this line

| Date/Time Received: 9-15-21 @ 0835 | Grievance Coordinator Name: Cory Crafti | Emergency: ☐Yes ☑No |
|---|---|---|

Disposition of Grievance
Your Grievance has been carefully reviewed and the following response is submitted:

(1) Not on Court Docket (2) No "Jail Committee", (3) Personal in nature, (4) No fight "challenged". (5) Unfounded on any assault taking place. In addition you have been offered "Law Library" numerous times and have refused.

| Date of Response: 9/20/21 | Inmate/Offender signature to acknowledge the grievance has been resolved. Refused |
|---|---|
| Date of Response: 9/20/21 | Responding Staff Member name: J. Scoggin   S. Urbanovsky |

If you believe the issue was not resolved and desire to appeal to Step 2: Request a Step 2 grievance form from a staff member. Attach this completed step 1 to the Step 2, attach any additional documentation and resubmit to the grievance coordinator within 15 days.

PCJ-044-1 Step 1 Grievance Form 6-1-2020     Returned on Oct, 1 2021

(continued) [4] challenge the right I did respond to Harris' vulgar insults by returning his M.F calling. I was in no way threatening or violent. Harris and [5] Gibson both assaulted me by jerking and pulling me from the operations office and slamming me against the wall in a hold over cell near by.
I was then ordered by Harris to be placed in a punitive segregation cell without due process. Thereby infringing my liberties within this institution and barring my access to the courts.

Law Library?



Michael Tomlinson 2190648
612 Jameson Street
Weatherford, TX 76086

Legal Mail

UNITED STATES DISTRICT COURT
Office of the CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH ST. Room 310
FORT WORTH, TX 76102