IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL TOMLINSON,             §
                               §
          Plaintiff,           §
                               §
VS.                            §    NO. 4:21-CV-1388-O
                               §
PARKER COUNTY JAIL, ET AL.,    §
                               §
          Defendants.          §

O R D E R

Having reviewed the amended complaint filed by plaintiff, Michael Tomlinson, ECF No. 5, the Court finds that plaintiff should be allowed to proceed with his claims against Russ Authier, Sheriff of Parker County ("Sheriff"), Ron King, Warden ("Warden"), J. Harris, Assistant Warden ("Assistant"), and Judy Bowlen, R.N. ("Nurse"). His claims against Judge Graham Quisenberry ("Judge") will be dismissed pursuant to the authority of 28 U.S.C. § 1915A(b) for failure to state a plausible claim. (Plaintiff simply alleges that Judge ignored his letters.)

Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, plaintiff is entitled to have the summons and amended complaint served by the United States Marshal.   Rochon v. Dawson, 828 F.2d 1107, 1109-10 (5th Cir. 1987).   The Court further finds that, in order to serve the process, the Marshal will need one form 285 and two summons forms to be filled out by the clerk for defendants Sheriff, Warden, Assistant, and Nurse.

The clerk is directed to fill out appropriate and sufficient forms for service on said defendants. Upon completion of the forms, the clerk will issue summons, with a copy of the

amended complaint attached to each, for said defendants and deliver them to the United States Marshal for the Northern District of Texas for service on each defendant.

Upon receipt of such process papers from the clerk, the United States Marshal for the Northern District of Texas shall serve them on defendants Sheriff, Warden, Assistant, and Nurse.

Plaintiff's claims against Judge are dismissed. The Court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of such claims.

**SO ORDERED** this 9th day of February, 2022.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**