IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL TOMLINSON,       §
      §
      Plaintiff,       §
      §
VS.       §    NO. 4:21-CV-1388-O
      §
PARKER COUNTY JAIL, ET AL.,       §
      §
      Defendants.       §

## O R D E R

The Court has considered the motion of plaintiff, Michael Tomlinson, for appointment of counsel and finds that the motion should be denied.

"The court may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). However, appointment of counsel is a privilege and not a constitutional right. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). It should be allowed only in exceptional cases. Jackson v. Cain, 864 F.2d 1235, 1242 (5th Cir. 1989). Plaintiff has not shown that this is an exceptional case.

**SO ORDERED** on this 9th day of February, 2022.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**