IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL TOMLINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:21-CV-1388-O |
| | § | |
| PARKER COUNTY JAIL, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING EXTENSION OF TIME

The Court has considered the motion of defendants Russ Authier, Sheriff, Ron King, Warden, J. Harris, Assistant Warden, and Judy Bowlen, R.N., (collectively "movants") for extension of time to answer or otherwise respond to the amended complaint filed by plaintiff, Michael Tomlinson, and finds that the motion should be granted. Movants are granted an extension of time until April 12, 2022, in which to answer or otherwise respond to the amended complaint.

**SO ORDERED** on this 9th day of March, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE