IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL TOMLINSON, §
§
Plaintiff, §
§
VS. § NO. 4:21-CV-1388-O
§
PARKER COUNTY JAIL, ET AL., §
§
Defendants. §

## ORDER GRANTING EXTENSION OF TIME

The Court has considered the motion of plaintiff, Michael Tomlinson, for extension of time

to respond to the pending motions to dismiss and finds that the motion should be granted. Plaintiff

is granted an extension of time until May 31, 2022, in which to file his response to the motions to

dismiss.

**SO ORDERED** on this 2nd day of May, 2022.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**