IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL TOMLINSON,                    §
                                      §
        Plaintiff,                    §
                                      §
VS.                                   §   NO. 4:21-CV-1388-O
                                      §
PARKER COUNTY JAIL, ET AL.,           §
                                      §
        Defendants.                   §

## ORDER GRANTING EXTENSION OF TIME

The Court has considered the motion of plaintiff, Michael Tomlinson, for additional extension of time to respond to the pending motions to dismiss and finds that the motion should be granted. The Court cautions Plaintiff that it does not intend to grant any further extensions. Plaintiff is granted an extension of time until July 31, 2022, in which to file his response to the motions to dismiss.

**SO ORDERED** on this 1st day of June, 2022.



_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**