IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL TOMLINSON, §
§
Plaintiff, §
§
VS. § NO. 4:21-CV-1388-O
§
PARKER COUNTY JAIL, ET AL., §
§
Defendants. §

## ORDER GRANTING EXTENSION OF TIME

The Court has considered the motion of Defendants Russ Authier, Sheriff, Ron King, Warden, J. Harris, Assistant Warden, and Judy Bowlen, R.N., (collectively "movants") for extension of time to file their reply to Plaintiff's response to their motions to dismiss. The Court finds that the motion should be granted. Movants are granted an extension of time until August 30, 2022, in which to file their reply.

**SO ORDERED** on this 15th day of August, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE