IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL TOMLINSON, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | NO. 4:21-CV-1388-O |
| PARKER COUNTY JAIL, ET AL., | § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

The Court has considered the motion of Defendants Russ Authier, Sheriff, Ron King, Warden, J. Harris, Assistant Warden, and Judy Bowlen, R.N., for leave to exceed the page limits in consolidated reply to Plaintiff's response to their motions to dismiss. The Court finds that the motion should be granted and that the consolidated reply submitted with the motion (ECF No. 27-1), should be accepted as having been filed.

**SO ORDERED** on this 30th day of August, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE